IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02355-WYD-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

FAIRFAX MRI CENTER, INC., d/b/a UNIVERSAL MRI and d/b/a I P SCALE, a California corpoartion;
SUHAS GUPTA;
VIPUL GORE;
GEETA HREMATH;
UMESH C. PITHIA,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Unopposed Motion to Strike "Answer" and "Entry of Appearance" of Defendant Fairfax MRI Center, Inc., Pursuant to D.C.Colo.L.CivR 11.1(A), filed by Plaintiff on January 25, 2007 (docket #30).  In the motion, Plaintiff requests that I strike several pleadings filed by Defendant Vipul Gore on behalf of Defendant Fairfax MRI Center because Defendant Gore is not an attorney and, therefore, not authorized to represent Defendant Fairfax pursuant to D.C.Colo.L.CivR 11.1(A), which states that "[a]ny pleading, motion, or paper listing in a signature block, or purporting to enter an appearance by, any other person, partnership, professional corporation, limited liability company, or other entity may be stricken."  Upon review of the motion and file in this matter, I find that the motion should

be **GRANTED**.  Therefore, it is hereby

ORDERED that docket #15 (Answer to Complaint) and docket #18 (Entry of Appearance) are hereby **STRICKEN**.

Dated:  January 29, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge