IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02355-WYD-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

FAIRFAX MRI CENTER, INC., d/b/a UNIVERSAL MRI and d/b/a I P SCALE, a California corpoartion;
SUHAS GUPTA;
VIPUL GORE;
GEETA HREMATH;
UMESH C. PITHIA,

    Defendants.

## ORDER

    THIS MATTER is before the Court on the Motion to Enter Judgment by Default Against Defendant Fairfax MRI Center, Inc., filed February 28, 2007 by Plaintiff Highline Capital Corp. ("Highline") (docket #36).  Highline's claims in this case arise from two Master Lease Agreements, dated September 27, 2004, and December 17, 2004, respectively. Pursuant to these lease agreements, Highline leases certain medical equipment to Defendant Fairfax in exchange for monthly rental payments.  The lease agreements contain provisions regarding collection of late charges and attorneys' fees and costs in the event of default.

    In the motion, Plaintiff requests an award of attorney's fees based on a percentage of the gross amount requested, and states that it has engaged counsel to

represent it in this matter on a contingency fee basis.  I am not inclined to grant attorney's fees based on the parties' contingency fee agreement.  The lease agreements specifically provide for "reasonable attorneys' fees."  The reasonableness of a fee request is based on calculation of the "lodestar amount," which is the reasonable number of hours spent on the case times a reasonable hourly rate. *Robinson v. City of Edmond*, 160 F.3d 1275, 1281 (10th Cir. 1998) (quotations omitted).     Therefore, counsel for Highline shall submit an affidavit and other supporting documentation outlining the reasonable attorneys' fees incurred in this case on or before **Thursday, March 15, 2007**.

Dated:  March 5, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge