IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02355-WYD-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

FAIRFAX MRI CENTER, INC., d/b/a UNIVERSAL MRI and d/b/a I P SCALE, a California corpoartion;
SUHAS GUPTA;
VIPUL GORE;
GEETA HREMATH;
UMESH C. PITHIA,

    Defendants.

---

**ORDER GRANTING MOTION TO CERTIFY JUDGMENT BY DEFAULT AGAINST FAIRFAX MRI CENTER, INC. AS FINAL JUDGMENT AND FOR REGISTRATION OF JUDGMENT FOR ENFORCEMENT IN OTHER DISTRICTS**

---

THIS MATTER is before the Court on the Motion to Certify Judgment by Default Against Fairfax MRI Center, Inc. as Final Judgment and to Permit Registration of Judgment for Enforcement in Other Districts, filed April 18, 2007 (docket #52).  Plaintiff has filed the motion pursuant to Fed. R. Civ. P. 54(b) and 28 U.S.C. § 1963, and requests therein that I certify the judgment by default entered against Fairfax MRI Center, Inc. on March 23, 2007 is a final and enforceable judgment and enter an order authorizing Highline to immediately register the judgment for enforcement in any other district.

Upon review of the motion and file in this matter, the Court finds that the default

judgment resolves all pending claims by or against Fairfax MRI Center, Inc. and that there is no just reason for delay. The Court also finds that because Fairfax MRI Center, Inc. has never entered an appearance, permitted judgment by default to enter against it, and has not challenged that ruling, there is good cause for permitting Highline to register the judgment against Fairfax MRI Center, Inc. for enforcement in other districts before expiration of the time for appeal. Therefore, the Court orders that the judgment entered against Fairfax MRI Center, Inc. is a final judgment and that Highline may immediately register the judgment for enforcement in any other district.

    Dated: April 24, 2007

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel  
                                    Wiley Y. Daniel  
                                    U. S. District Judge