IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02355-WYD-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

FAIRFAX MRI CENTER, INC., d/b/a UNIVERSAL MRI and d/b/a I P SCALE, a California corpoartion;
SUHAS GUPTA;
VIPUL GORE;
GEETA HREMATH;
UMESH C. PITHIA,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO STAY CLAIMS

THIS MATTER is before the Court on the parties' Stipulated Motion to Stay Claims, filed July 13, 2007 (docket #58).  Upon review of the motion and the file in this matter, it is hereby ORDERED as follows:

1. All proceedings regarding the claims asserted against Defendants Suhas Gupta, Vipul Gore, Geeta Hiremath and Umesh C. Pithia are stayed.

2. The stay shall expire on the earlier of February 15, 2008 or the date on which plaintiff files the confession of judgment executed by defendants with the Court.

3. By or before February 15, 2008, Plaintiff shall either file the confession of judgment executed by defendant or the parties shall file a stipulated

motion to dismiss the claims against Defendants Suhas Gupta, Vipul Gore, Geeta Hiremath and Umesh C. Pithia without prejudice.

Dated: July 16, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge