IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02355-WYD-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

Plaintiff,

v.

FAIRFAX MRI CENTER, INC., d/b/a UNIVERSAL MRI and d/b/a I P SCALE, a
California corpoartion;
SUHAS GUPTA;
VIPUL GORE;
GEETA HREMATH;
UMESH C. PITHIA,

Defendants.

---

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

---

THIS MATTER, having come before the Court on the parties' Stipulated Motion

for Dismissal Without Prejudice, and the Court being sufficiently advised, it is hereby

ORDERED that the claims against Defendants Suhas Gupta, Vipul Gore, Geeta

Hiremath and Umesh C. Pithia are **DISMISSED WITHOUT PREJUDICE**.

Dated:  February 22, 2008.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL
U. S. DISTRICT JUDGE